No. 11–6109. JUNIER v. CONRAD ET AL. App. Ct. Mass. Certiorari denied.

No. 11–6110. ALEXANDER v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A.

10th Cir. Certiorari denied. 